UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
:
In Re: :
 :
First Toro Family Limited Partnership, : Case No. 11-11229 (JMP)
 :
DEBTOR : Chapter 11
_____ :

REASSIGNMENT OF CASE

The above-referenced case No. 11-11229 has been reassigned from Judge James M. Peck to Judge Sean H. Lane.


/s/ Vito Genna
Clerk of Court

Date: March 28, 2011

Cc: Judge James M. Peck
 Judge Sean H. Lane
 US Trustee
 Automation Specialist
 Supervisors
 Case Administrators
 Courtroom Deputies (JMP) (SHL)