MCLAUGHLIN & NARDI, LLC
37 Vreeland Avenue
Totowa, New Jersey 07512
(973) 890-0004
Attorneys Appearing:
Maurice W. McLaughlin (maurice.mclaughlin@esqnj.com)
and Boris Peyzner (boris.peyzner@esqnj.com)
Attorneys for
Wilenta Feed, Inc.,
and Wilenta Carting, Inc.

United States Bankruptcy Court
Southern District of New York

|  |  |
|---|---|
|  | Chapter 11 |
| In re: | Case No.: 11-11229(SHL) |
| FIRST TORO FAMIILY LIMITED PARTNERSHIP, |  |
| Debtor. |  |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE**, that McLaughlin & Nardi, LLC hereby enters its appearance on behalf of secured creditors Wilenta Carting, Inc., and Wilenta Feed, Inc., in the above captioned matter. Pursuant to Bankruptcy Code § 1109(b) and Bankruptcy Rules 2002, 9007 and 9010, request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in the above matter, including notices under Bankruptcy Rule 2002(i), that but for this request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be directed to the following:

Maurice W. McLaughlin, Esq.
McLaughlin & Nardi, LLC
37 Vreeland Avenue
Totowa, New Jersey 07512
Telephone (973) 890-0004
(maurice.mclaughlin@esqnj.com)

-- and --

Boris Peyzner, Esq.
McLaughlin & Nardi, LLC
37 Vreeland Avenue
Totowa, New Jersey 07512
Telephone (973) 890-0004
(boris.peyzner@esqnj.com)

With copy to:

Wilenta Carting, Inc.
46 Henry Street
Secaucus, New Jersey 07096-2596

-- and --

Wilenta Feed, Inc.
46 Henry Street
Secaucus, New Jersey 07096-2596

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes not only the notices and paper referred to in the Rules cited above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral and where transmitted or conveyed by mail, courier service, delivery, telephone, telegraph, telex, telefax, or otherwise.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance nor any later appearing, pleading, claim or suit shall waive the above-named entity's right

to have final orders in noncore matters entered only after *de novo* review by a District Judge; or the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated: March 28, 2011

By: _____
Maurice W. McLaughlin
McLaughlin & Nardi, LLC
37 Vreeland Ave
Totowa, New Jersey 07512
(t) 973-890-0004
(f) 973-256-3641
maurice.mclaughlin@esqnj.com

By: _____
Boris Peyzner
McLaughlin & Nardi, LLC
37 Vreeland Ave
Totowa, New Jersey 07512
(t) 973-890-0004
(f) 973-256-3641
boris.peyzner@esqnj.com