**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
900 Third Avenue, 16th Floor
New York, New York 10022
Telephone (212) 752-8000
Facsimile (212) 752-8393
Leo V. Leyva, Esq.
Jill B. Bienstock, Esq.
*Attorneys for Raymond E. Bulin, Rent Receiver Appointed by the*
*Superior Court of New Jersey, Hudson Vicinage, for the Mortgaged*
*Property Owned By 35 Real Estate Limited Partnership*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FIRST TORO FAMILY LIMITED PARTNERSHIP, | : | Case No. 11-11229 (SHL) |
| | : | |
| Debtor. | : | |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF DOCUMENTS**

TO: Clerk, United States Bankruptcy Court
Southern District of New York

PLEASE TAKE NOTICE that the undersigned counsel hereby enters its appearance as attorneys for Raymond E. Bulin, the Rent Receiver appointed by the Superior Court of New Jersey, Hudson Vicinage, for the mortgaged property owned by 35 Real Estate Limited Partnership, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office and address:

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
900 Third Avenue, 16th Floor
New York, NY 10022
**Attn: Leo V. Leyva, Esq.**
(646) 563-8930
(646) 563-7930 Facsimile
E-mail: lleyva@coleschotz.com

and

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
900 Third Avenue, 16th Floor
New York, NY 10022
**Attn: Jill B. Bienstock, Esq.**
(646) 563-8946
(646) 563-7946 Facsimile
E-mail: jbienstock@coleschotz.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and pleadings referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex, electronically or

otherwise, which affect or seek to affect in any way the Debtor or its respective property and/or property of the estate.

Respectfully submitted,

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
*Attorneys for Raymond E. Bulin, Rent Receiver Appointed by the Superior Court of New Jersey, Hudson Vicinage, for the Mortgaged Property Owned By 35 Real Estate Limited Partnership*

DATED: New York, New York
April 6, 2011

By: */s/ Leo V. Leyva*
Leo V. Leyva
Jill B. Bienstock
900 Third Avenue, 16th Floor
New York, NY 10022
(646) 563-8926
(646) 563-7926 Facsimile
E-mail: lleyva@coleschotz.com
E-mail: jbienstock@coleschotz.com

## CERTIFICATION OF SERVICE

I hereby certify that on April 6, 2011, the foregoing Notice of Appearance was served by electronic transmission (CM/ECF System) to the parties on the clerk's list who receive electronic notification of filings.

*/s/ Leo V. Leyva*
Leo V. Leyva

DATED: April 6, 2011