# CORPORATE OWNERSHIP STATEMENT

First Toro Family Limited Partnership, Lp (hereinafter the "Partnership") hereby states the following corporations directly or indirectly own 10% or more of the Partnership's equity interests:  NONE.

The Partnership does not own (directly or indirectly) 10% or more of any class of a corporation's publicly traded equity interests.  The Partnership does not own an interest in any general or limited partnership or joint venture.

I, the undersigned, president of the corporation which serves as general partner for the partnership named as debtor in this case, declare under penalty of perjury, that I have reviewed the foregoing and that it is true and correct to the best of my knowledge, information, and belief.

/s/ Helmer Toro-President

Helmer Toro, President of General Partner